UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNIVERSAL INSPECTION GROUP, LLC, a Nevada limited liability company,<br><br>    Plaintiff/Counter-defendant,<br><br>vs.<br><br>ALEC B. ANGUS and LALINE ANGUS, and their marital community; and INTEGRA INSPECTION GROUP, LLC, a Washington limited liability company,<br><br>    Defendants/Counterclaimants. | No. C07−01965−JLR<br><br>REPLY AND AFFIRMATIVE DEFENSES TO COUNTERCLAIMS |

Plaintiff/Counter-defendant, Universal Inspection Group, LLC, (Plaintiff) by and through its counsel, replies to the counterclaims of Defendants/Counterclaimants (Defendants) as follows:

Defendants' counterclaims contain no statement of facts section and fail to state supporting facts for their counterclaims. Plaintiff denies that the counterclaims have any factual support. The following are Plaintiff's answers to the specific paragraphs of Defendants' counterclaims.

1. Deny.

2. Deny.

3. Deny.

4. Deny.

5. Plaintiff does not have sufficient knowledge or information to form a belief as to the

REPLY AND AFFIRMATIVE DEFENSES TO COUNTERCLAIMS - Page 1 of 3

Law Offices of Vic S. Lam PS
701 Fifth Avenue, Suite 4200
Seattle, WA 98104-7047
Tel. (206) 224-3788
Fax (206) 338-2117

truth or falsity of the alleged relationship and business expectancy between Integra and Puget Sound Energy, and therefore deny the same. Deny the remaining allegations of Paragraph 5.

6. Deny.

7. Deny.

8. To the extent an answer is required, deny.

9. To the extent an answer is required, deny.

## AFFIRMATIVE DEFENSES

Having fully answered Defendants' counterclaims, Plaintiff pleads affirmative and other defenses as follows:

1. Defendants failed to follow the applicable court rule and requirements in stating their counterclaims.

2. Defendants failed to state a claim or cause of action upon which relief can be granted.

3. Any damages, if any existed, allegedly suffered by Defendants were caused by their own actions or inactions, decisions, and/or choices.

4. Defendants' counterclaims constitute malicious prosecution and/or abuse of process and are in violation of Federal Rule of Civil Procedure 11.

5. Defendants' counterclaims or causes of action, if any, should be barred on the basis of unclean hands.

6. Defendants' counterclaims or causes of action, if any, should be barred or subject to offset on the bases of estoppel, waiver, failure of consideration, laches, negligence, failure to mitigate damages, and/or other legal or equitable defenses.

7. It is inequitable and unjust for Defendants to maintain the counterclaims.

8. Any damages, if any existed, allegedly suffered by Defendants may have been caused

REPLY AND AFFIRMATIVE DEFENSES TO COUNTERCLAIMS - Page 2 of 3

Law Offices of Vic S. Lam PS
701 Fifth Avenue, Suite 4200
Seattle, WA 98104-7047
Tel. (206) 224-3788
Fax (206) 338-2117

in whole or in part by third persons or entities over whom Plaintiff had no control or right of control.

9. Defendants' counterclaims or causes of action, if any, may be barred for failure to name indispensable parties.

10. Plaintiff reserves the right to add or assert additional affirmative defenses as warranted by further discovery.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment against Defendants as follows:

1. The counterclaims be dismissed with prejudice;

2. Plaintiff be awarded attorney fees and costs in defending against the counterclaims;

3. Plaintiff be awarded sanctions and damages against Defendants for abuse of process, malicious prosecution, and violation of Rule 11;

4. Plaintiff be awarded such other and further relief that the court deems just and appropriate.

Dated this 20th day of March, 2008.

LAW OFFICES OF VIC S. LAM PS

/s/ Vic S. Lam
Vic S. Lam, WSBA #25100
Attorney for the Plaintiff/Counter-defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant(s):
Julie K. Fowler, Attorney for Defendants/Counterclaimants.

Dated this 20th day of March, 2008.

/s/ Vic S. Lam
Vic S. Lam, WSBA #25100

REPLY AND AFFIRMATIVE DEFENSES TO COUNTERCLAIMS - Page 3 of 3

Law Offices of Vic S. Lam PS
701 Fifth Avenue, Suite 4200
Seattle, WA 98104-7047
Tel. (206) 224-3788
Fax (206) 338-2117