UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSAL INSPECTION GROUP, | DECLARATION OF DEFENDANTS |
| Plaintiff | Case No. C07-1965JLR |
| v. | |
| INTEGRA INSPECTION GROUP, LLC and ALEC ANGUS AND LALINE ANGUS, | |
| Defendants. | |

Comes now the Defendants, Integra Inspection Group, LLC (IIG) and Alec and Laline Angus (Angus) and declare as follows:

In reference to Universal Inspection Group (the Roys) v. Alec and LaLine Angus and Integra Inspection Group, LLC, all of the assets of the Defendants have been depleted defending this case. The Defendants do not even have the money to pay Lish Whitson PLLC to represent them in this in court.

- 1
Error! Reference source not found.

LISH WHITSON PLLC
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 892-2164

For this reason, and so the Court will understand the constraints the Defendants will be facing regarding discovery and other pretrial matters, the Defendants have requested Lish Whitson to file this Declaration for them.

Four months ago, things were going well for IIG. Then Rick Bear, Tony Bear's brother and a principal in IIG, lied to the other principals saying he was leaving IIG to study for the ministry, but instead he started his own inspection business, Bear Inspection, taking with him IIG's main source of revenue, Conoco Phillips. Since then, the Defendants have had one contract, which has only allowed IIG to pay its taxes, rent, and insurance. The principals remaining with IIG have not had income from IIG to pay themselves or to pay the costs and fees necessary to defend this case.

To defend this case and to prosecute what the Defendants believe are valid claims for money damages against the Roys, they should hire a forensic accountant and perhaps a forensic computer investigator to review the Roy's financial records and computers and find the monies the Defendants believe were misappropriated by the Roys during fiscal years 2006 and 2007. However, this is not within the Defendants' means at present. The Defendants will also need to take numerous depositions, perhaps in both Texas and California if the Roys and their witnesses and employees refuse to come to Seattle, Washington.

The Defendants feel strongly that, if the Roys were to respond honestly and completely to requested discovery, a jury will find in the Defendants favor. The Defendants also believe a jury that hears all of the facts will award money damages owed to Alec Angus by the Roys.

IIG has been contacted about several potential contracts, but they will not be awarded until next year. However, on IIG's current income, the Defendants cannot keep IIG afloat waiting for those future contracts. Their current financial problems are too severe.

Therefore, the Defendants are asking the court to take the facts outlined above into consideration as this case moves forward.

1  We declare under penalty of perjury under the laws of the State of Washington that we have read
2  the facts stated above and believe them to be true and correct to the best of our knowledge this
3  __3rd__ day of December, 2008 at __Enumclaw__, WA.
4
5
6  _____
7  Alec Angus, individually and for Integra Inspection Group, LLC
8
9
10 _____
11 Laline Angus, individually and for Integra Inspection Group, LLC
12
13
14 _____
   Tony Bear, for Integra Inspection Group, LLC
15
16
17 _____
18 Lavonnee Bear, for Integra Inspection Group, LLC
19
20
21
22
23
24
25
26
27
28

- 3
Error! Reference source not found.

LISH WHITSON PLLC
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 892-2164